DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137

FRANCESCO P. BENAVIDES, CSBN 258924
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8978
    Facsimile: 415-744-0134
    Email: francesco.benavides@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SALLIE T. GORDON, | ) |
|     Plaintiff, | ) Case No. 2:15-cv-01809-APG-PAL |
|     v. | ) **UNOPPOSED MOTION FOR** |
| CAROLYN W. COLVIN, | ) **EXTENSION OF TIME** |
| Acting Commissioner of Social Security, | ) (***FIRST REQUEST***) |
|     Defendant. | ) |

Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Answer to the Complaint, due on December 14, 2015, by 30 days, through and including January 13, 2016.

An extension of time is needed in order to prepare Defendant's Answer because the Commissioner is still in the process of assembling and finalizing the administrative record.  This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel, Marc V. Kalagian, who has no opposition to this motion, on December 1, 2015.

|   |   |
|---|---|
| | Respectfully submitted, |
| Date: *December 1, 2015* | DANIEL G. BOGDEN<br>United States Attorney |
| | BY:  */s/ Francesco P. Benavides*<br>FRANCESCO P. BENAVIDES<br>Special Assistant United States Attorney |
| | Attorneys for Defendant |

IT IS SO ORDERED:

_____
HON. PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

DATED: December 3, 2015

**CERTIFICATE OF SERVICE**

I, **Francesco P. Benavides**, certify that the following individual was served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

**CM/ECF:**

Gerald Welt
Gerald M. Welt, Chtd.
703 S. 8th St.
Las Vegas, NV 89101
Email: gmwesq@weltlaw.com

Marc V. Kalagian
Rohlfing & Kalagian, LLP
211 E. Ocean Blvd.
Suite 420
Long Beach, CA 90802
Email: marc.kalagian@rksslaw.com

Dated: December 1, 2015.

/s/ Francesco P. Benavides
FRANCESCO P. BENAVIDES
Special Assistant United States Attorney